

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Abigail B. Everdell**
212 603 6468 tel
212 379-5244 fax

abigaileverdell@dwt.com

October 18, 2024

**VIA ECF**

Hon. Ronnie Abrams.
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re:   *Morrissey v. A&E Television Networks, LLC et al.* No. 1:24-cv-07856-RA (S.D.N.Y. 2024)

Dear Judge Abrams:

      This firm represents defendants A&E Television Networks, LLC, Entertainment One Reality Productions, LLC, Lifetime Entertainment Services, LLC, Creature Films, Inc., and Mark Ford (together "Defendants") in the above-captioned action.  I write to request an extension of Defendants' time to move or answer the Complaint from October 23, 2024 to November 15, 2024.

      The request is made because this action was recently removed from state court, where the parties had executed a stipulation agreeing to a response deadline of November 15.  Plaintiff has consented to this request, while reserving all rights. This is the Defendants' first request for an extension.

      Thank you for the Court's attention to this matter.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

*/s/ Abigail B. Everdell*
Abigail B. Everdell

*Attorneys for Defendants A&E Television Networks, LLC, Entertainment One Reality Productions, LLC, Lifetime Entertainment Services, LLC, Creature Films, Inc., and Mark Ford*

DWT.COM