UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA E. MORRISSEY, *acting in her capacity as Guardian of W.W.H.*,<br><br>       Plaintiff,<br><br>    v.<br><br>A&E TELEVISION NETWORKS, LLC; ENTERTAINMENT ONE REALITY PRODUCTIONS, LLC; LIFETIME ENTERTAINMENT SERVICES, LLC; CREATURE FILMS, INC.; and MARK FORD,<br><br>       Defendants. | No. 24-CV-7856 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  Given that the Court has granted Defendants' request to extend their time to answer the Complaint, the conference scheduled for October 24, 2024 is hereby adjourned to November 19, 2024 at 11:00 a.m. If that date is inconvenient to the parties, or they would like to be heard earlier, they shall notify the Court. Counsel shall appear for the conference in Courtroom 1506 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The parties shall submit to the Court a joint letter, proposed case management plan, and proposed scheduling order no later than November 12, 2024.

SO ORDERED.

Dated: October 22, 2024
     New York, New York

                                  
                          Hon. Ronnie Abrams
                          United States District Judge