UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SABRINA E. MORRISSEY, *acting in her capacity as Guardian of W.W.H.*,

               Plaintiff,

v.

A&E TELEVISION NETWORKS, LLC; ENTERTAINMENT ONE REALITY PRODUCTIONS, LLC; LIFETIME ENTERTAINMENT SERVICES, LLC; CREATURE FILMS, INC.; and MARK FORD,

               Defendants.

No. 24-CV-7856 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    As the parties agreed at today's conference, Plaintiff's motion to dismiss Defendants' counterclaim shall be filed no later than December 13, 2024; Defendants' opposition shall be filed no later than January 13, 2025; and Plaintiff's reply, if any, shall be due no later than January 31, 2025. Furthermore, Plaintiff's deadline to submit a letter justifying the need to seal certain documents, as so-ordered on November 18, 2024, is hereby adjourned from November 19, 2024 to November 21, 2024.

SO ORDERED.

Dated:    November 19, 2024
            New York, New York

                                                Ronnie Abrams
                                                United States District Judge