UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA E. MORRISSEY, *acting in her capacity as Guardian of W.W.H.*,<br><br>*Plaintiff,*<br><br>-against-<br><br>A&E TELEVISION NETWORKS, LLC; ENTERTAINMENT ONE REALITY PRODUCTIONS, LLC; LIFETIME ENTERTAINMENT SERVICES, LLC; CREATURE FILMS, INC.; and MARK FORD,<br><br>*Defendants.* | Case No. 24 Civ. 7856 (RA)<br><br>**JURY DEMAND** |

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff Sabrina E. Morrissey, acting in her capacity as Guardian of W.W.H., hereby demands a trial by jury in the above-captioned action on all issues so triable.

Dated: November 22, 2024
New York, New York

Respectfully submitted,

 /s/ Roberta A. Kaplan
Roberta A. Kaplan
KAPLAN MARTIN LLP
156 West 56th Street, Suite 207
New York, New York 10019
Tel.: (212) 316-9500
rkaplan@kaplanmartin.com

*Counsel for Plaintiff Sabrina E. Morrissey, acting in her capacity as Guardian of W.W.H.*