UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA E. MORRISSEY, *acting in her capacity as Guardian of W.W.H.*,<br><br>*Plaintiff,*<br><br>-against-<br><br>A&E TELEVISION NETWORKS, LLC; ENTERTAINMENT ONE REALITY PRODUCTIONS, LLC; LIFETIME ENTERTAINMENT SERVICES, LLC; CREATURE FILMS, INC.; and MARK FORD,<br><br>*Defendants.* | Case No. 1:24 Civ. 7856 (RA) |

**NOTICE OF PLAINTIFF'S MOTION TO DISMISS
DEFENDANTS' COUNTERCLAIMS**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Plaintiff Sabrina E. Morrissey, acting in her capacity as Guardian of W.W.H., by and through her undersigned counsel, hereby moves this Court, before the Honorable Robbie Abrams, United States District Judge for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) dismissing all counterclaims brought against Plaintiff by Defendants A&E Television Networks, LLC; Entertainment One Reality Productions, LLC; Lifetime Entertainment Services, LLC; Creature Films, Inc.; and Mark Ford. *See* ECF 27; ECF 29; ECF 31.

Dated: December 20, 2024
       New York, New York

Respectfully submitted,

 /s/ Roberta A. Kaplan
Roberta A. Kaplan
Timothy S. Martin

Christopher R. Le Coney
Tasha N. Thompson
Maximilian T. Crema
KAPLAN MARTIN LLP
1133 Avenue of the Americas, Suite 1500
New York, New York 10036
Tel.: (212) 316-9500
rkaplan@kaplanmartin.com
tmartin@kaplanmartin.com
cleconey@kaplanmartin.com
tthompson@kaplanmartin.com
mcrema@kaplanmartin.com

Ellen V. Holloman
Amanda L. Devereux
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, New York 10281
Tel.: (212) 504-6000
ellen.holloman@cwt.com
amanda.devereux@cwt.com

*Counsel for Plaintiff Sabrina E. Morrissey, acting in her capacity as Guardian of W.W.H.*