

Kaplan Martin LLP
156 West 56th Street, Suite 207
New York, NY 10019

Christopher R. Le Coney
(212) 316-9500
cleconey@kaplanmartin.com

January 7, 2025

**BY CM/ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

      Re:    *Morrissey v. A&E Television Networks, LLC, et al.*, No. 24 Civ. 7856 (S.D.N.Y.)

Dear Judge Abrams:

      On December 23, 2024, the Court entered an Order granting Plaintiff Morrissey's request to apply limited redactions to the parties' pleadings. ECF 49. Pursuant to the Court's Order, Plaintiff Morrissey hereby files the following revised documents as attachments to this letter, after "removing the previously applied redactions that the parties agree can be lifted," *id.*, as directed by the Court:

- **Exhibit A** – Plaintiff Morrissey's February 20, 2024 Summons and Verified Complaint for Injunctive Relief;

- **Exhibit B** – Plaintiff Morrissey's September 16, 2024 Verified Amended Complaint;

- **Exhibit C** – Defendants A&E Television Networks, LLC and Lifetime Entertainment Services, LLC's November 15, 2024 Verified Answer and Affirmative Defenses to Plaintiff's Amended Complaint and Counterclaim;

- **Exhibit D** – Defendant Entertainment One Reality Productions, LLC's November 15, 2024 Verified Answer and Affirmative Defenses to Plaintiff's Amended Complaint and Counterclaim; and

- **Exhibit E** – Defendants Creature Films, Inc. and Mark Ford's November 15, 2024 Verified Answer and Affirmative Defenses to Plaintiff's Amended Complaint and Counterclaim.

      Unredacted versions of the filings are available on the docket under seal at ECF 41.

2

                                                  Respectfully submitted,

                                                  */s/ Christopher R. Le Coney*

                                                  Christopher R. Le Coney

cc:     All counsel of record (via ECF)