

1133 Avenue of the Americas
Suite 1500
New York, New York 10036

(212) 316-9500
rkaplan@kaplanmartin.com

March 3, 2025

**VIA CM/ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

    Re:    *Morrissey v. A&E Television Networks, LLC, et al.*, No. 24 Civ. 7856 (S.D.N.Y.)

Dear Judge Abrams:

    We write on behalf of Plaintiff Sabrina E. Morrissey, in her capacity as court-appointed guardian to W.W.H. (the "Guardian"), in the above-referenced matter pursuant to Rule 4.G of Your Honor's Individual Rules & Practices to respectfully request that oral argument be heard on the Guardian's Motion to Stay Discovery (ECF 57).

                                                Respectfully submitted,

                                               Roberta A. Kaplan

cc:    Counsel of Record (via ECF)