UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SABRINA E. MORRISSEY, *acting in her capacity as Guardian of W.W.H.*,

       Plaintiff,

   v.

A&E TELEVISION NETWORKS, LLC;
ENTERTAINMENT ONE REALITY
PRODUCTIONS, LLC; LIFETIME
ENTERTAINMENT SERVICES, LLC;
CREATURE FILMS, INC.; and MARK
FORD,

       Defendants.

No. 24-CV-7856 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On February 14, 2025, Plaintiff moved to stay discovery in this action pending a renewed medical evaluation of W.W.H. *See* ECF No. 57. In light of Defendants' consent to a limited stay of the action, ECF No. 59, the Court grants a three-month stay of this case. The parties shall file a joint letter updating the Court as the status of the evaluation no later than June 4, 2025 and advise the Court of their positions as to whether a further stay is warranted. Should the parties require Court intervention as to Defendants' remaining requests in the future—namely that "(3) the medical professional engaged to evaluate W.W.H. not act as an expert witness in this case; (4) any report prepared by that evaluator not be used as an expert report; and (5) the results of the medical evaluation be discoverable," ECF No. 59—Defendants may renew their application at that time. In light of the Court's decision to grant Plaintiff's motion, Plaintiff's request for oral argument on this motion is denied as moot.

2

The Clerk of Court is respectfully directed to close the motions pending at ECF Nos. 57 and 64.

SO ORDERED.

Dated:     March 4, 2025
           New York, New York

           Ronnie Abrams
           United States District Judge

2