

1133 Avenue of the Americas
Suite 1500
New York, New York 10036

(212) 316-9500
rkaplan@kaplanmartin.com

June 4, 2025

**VIA CM/ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

    Re:    *Morrissey v. A&E Television Networks, LLC, et al.*, No. 24 Civ. 7856 (S.D.N.Y.)

Dear Judge Abrams:

    We write on behalf of Plaintiff Sabrina E. Morrissey, in her capacity as court-appointed guardian to W.W.H. (the "Guardian"), pursuant to the Court's March 4, 2025 Order (ECF 65) directing the parties to "file a joint letter updating the Court as to the status" of the medical evaluation of W.W.H. by today.

    The medical evaluation of W.W.H. is well underway and nearing completion. Over the past several months, significant progress has been made, and a number of scans, tests and evaluations have been conducted, with only a handful of diagnostic tests remaining. To allow for the completion of the remaining elements of the medical testing and to give the highly qualified physician sufficient time to evaluate and summarize the results, and reach an opinion, we respectfully request an extension of the current stay through August 5, 2025. Defendants consent to this request.

    We appreciate Your Honor's consideration and are of course available to address any questions the Court might have.

Respectfully submitted,

Roberta A. Kaplan

cc:    Counsel of Record (via ECF)