UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sabrina E. Morrissey, acting in her capacity as Guardian of W.W.H., <br><br> Plaintiff, <br><br> -against- <br><br> A&E Television Networks, LLC, et al., <br><br> Defendants. | 1:24-cv-07856 (RA) (SDA) <br><br> **ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

On August 29, 2025, this action was referred to the undersigned for general pretrial purposes, including Plaintiff's request to extend the stay of this action. (8/29/25 Order of Ref., ECF No. 74; *see also* 8/29/25 Order, ECF No. 73.) The parties shall appear for a telephone conference on Friday, September 5, 2025, at 2:00 p.m. to address Plaintiff's request, as well as Defendants' request for an early deposition of W.W.H. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

SO ORDERED.

Dated: New York, New York
August 30, 2025

_____
STEWART D. AARON
United States Magistrate Judge