UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sabrina E. Morrissey, acting in her capacity as Guardian of W.W.H.,

                     Plaintiff,

-against-

A&E Television Networks, LLC, et al.,

                     Defendants.

1:24-cv-07856 (RA) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following today's telephone conference, and as stated on the record, it is hereby ORDERED, as follows:

1. The parties shall appear for an in-person conference on Thursday, September 11, 2025, at 2:00 p.m., in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

2. No later than 12 noon on Wednesday, September 10, 2025, the parties shall file the following documents to the ECF docket: (a) Plaintiff shall file a letter setting forth the possible outcomes of the pending proceedings in the Guardianship Court; and (b) Defendants shall file a letter regarding the matters as to which they are seeking to preserve W.W.H.'s testimony.

SO ORDERED.

Dated:    New York, New York
           September 5, 2025

_____
STEWART D. AARON
United States Magistrate Judge