DIAMOND McCARTHY LLP
Attorneys & Counselors
15 West 81st Street | Suite 1A | New York, NY 10024 | Phone: 212-430-5400

E-Mail Address
*adiamond@diamondmccarthy.com*

September 9, 2025

**VIA ECF**

Hon. Stewart D. Aaron
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Morrissey v. A&E Television Networks, LLC, *et al*.
Case No.: 24-cv-07856 (RA)(SDA)

Magistrate Judge Aaron:

New York Supreme Court Justice Lisa A. Sokoloff (the "Guardianship Court") appointed me lead counsel to W.W.H. in connection with W.W.H.'s guardianship proceedings. I must first mention that all of my client's guardianship proceedings are under a sealing order and a "gag order" from the Guardianship Court. I therefore submit this letter to the Court in the strictest of confidence and with no intention of violating any Guardianship Court order.

In speaking with Roberta Kaplan, counsel to the Guardian in connection with the above-referenced matter, I understand that A&E Television Networks, LLC and possibly other Defendants have requested a deposition of my client in this proceeding. For the following reasons, among others, I respectfully and sincerely submit that it is premature to require my client to sit for a deposition at this time. I, and my co-counsel legal team, have been – and continue to be – vigorously engaged in obtaining medical, psychological and healthcare assessments of my client from some of the leading neurologists and neuropsychologists in the country. While much of that testing has occurred, we still await further test results, diagnoses and prognoses from our medical team before moving forward with any treatment or other planning in connection with my client's guardianship proceedings. We hope to have this





needed additional healthcare information sometime before the end of next month. Premature disclosure of any information is this regard could be highly prejudicial to my client and the guardianship proceedings. Accordingly, I respectfully urge the Court not to order any deposition of my client at this time. To the extent I am able to answer any questions from the Court, if needed, consistent with the Guardianship Court's sealing and gag orders, I am happy to do so.

Respectfully submitted,

Allan B. Diamond

cc: All counsel of record (via ECF)