

                                                        1133 Avenue of the Americas
                                                        Suite 1500
                                                        New York, New York 10036

                                                        (212) 316-9500
                                                        rkaplan@kaplanmartin.com

September 10, 2025

**VIA CM/ECF**

The Honorable Stewart Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 11C
New York, New York 10007

        Re:       *Morrissey v. A&E Television Networks, LLC, et al.*, No. 24 Civ. 7856 (S.D.N.Y.)

Dear Judge Aaron:

       We write on behalf of Plaintiff Sabrina Morrissey in her capacity as court-appointed guardian to W.W.H. (the "Guardian") in response to Your Honor's Order dated September 5, 2025 directing the Guardian to "file a letter setting forth the possible outcomes of the pending proceedings in the Guardianship Court." ECF 76 at 1.

       We agree with Your Honor's assessment that there are three possible outcomes. First, the guardianship may be continued. Second, the guardianship may be continued but modified in some way, such as by replacing the Guardian or limiting her powers. Third, the guardianship may be ended. We understand that the Guardianship Court next intends to hold a conference in early October.

       We provided Mr. Diamond with a copy of Your Honor's order yesterday inviting him to attend the upcoming conference. ECF 78. However, while Mr. Diamond is in an all-day mediation today and we have not been able to confirm his availability, we understand that he is likely unable to join the conference tomorrow. Given the relatively long list of topics proposed by Defendants in their letter today (ECF 79), we believe it is very important that W.W.H.'s counsel be able to participate. Although we are prepared to be in your courtroom tomorrow and we apologize for the scheduling difficulties, we respectfully submit that Your Honor may want to consider rescheduling the conference to a date in the future when W.W.H.'s counsel can be present. In the meantime, we will contact all counsel in the case to ascertain dates they are available.

                                                                       Respectfully submitted,

                                                                     Roberta A. Kaplan

cc:     Counsel of Record (via ECF)