UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

SABRINA E. MORRISSEY, acting in her capacity as Guardian of W.W.H.,
          Plaintiff,

Case No. 1:24-cv-07856-RA-SDA

-against-

A&E TELEVISION NETWORKS, LLC, et al.,
          Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending      ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Ellen V. Holloman**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: **EH1791**    My State Bar Number is **3053212**

I am,
☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
    FIRM NAME: Cadwalader, Wickersham & Taft LLP
    FIRM ADDRESS: 200 Liberty Street, New York, NY 10281
    FIRM TELEPHONE NUMBER: 212-504-6200
    FIRM FAX NUMBER: 212-504-6666

NEW FIRM:
    FIRM NAME: Kaplan Martin LLP
    FIRM ADDRESS: 1133 Avenue of the Americas, Suite 1500, New York, NY 10036
    FIRM TELEPHONE NUMBER: 212-316-9500
    FIRM FAX NUMBER:

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: September 10, 2025            /s/ Ellen V. Holloman
                                                  ATTORNEY'S SIGNATURE