# DIAMOND McCARTHY LLP
**Attorneys & Counselors**

15 West 81st Street | Suite 1A | New York, NY 10024 | Phone: 212-430-5400

E-Mail Address
adiamond@diamondmccarthy.com

September 10, 2025

**VIA ECF**

Hon. Stewart D. Aaron
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**ENDORSEMENT:** Attorney Allan Diamond may appear telephonically at tomorrow's conference. At the conference, Attorney Peter Strauss shall provide a number where Attorney Diamond can be reached.
SO ORDERED.
Dated: 9/10/2025
*[signature: Stewart D. Aaron]*

Re:   Morrissey v. A&E Television Networks, LLC, *et al.*
      Case No.: 24-cv-07856 (RA)(SDA)

Dear Judge Aaron:

      Thank you for permitting my co-counsel, Peter J. Strauss, to appear at tomorrow's 2:00 p.m. hearing on account of my inability to appear in person. *See* ECF 81. Mr. Strauss will be present. I have been able to rearrange my schedule so that I can make an appearance and attend the hearing telephonically or virtually. I understand that the Court requires in person attendance. I respectfully request that the Court grant me leave to appear remotely in this case for this one hearing. My client's interests are best served if I am permitted to appear remotely in addition to my co-counsel given the sensitive issues that the Court or parties might want to raise. I also believe my remote appearance will benefit the Court and the parties in this case. The guardianship proceedings are complicated with many moving parts that Mr. Strauss and I handle as a team. My presence – along with Mr. Strauss' presence – will ensure all issues can be appropriately vetted and questions answered.

      I thank the Court for its continued attention to this matter and indulging this request. I would be there in person but I am out of town for a court-ordered mediation in another case.

Respectfully submitted,

*[signature]*

Allan B. Diamond

cc:   All counsel of record (via ECF)