

1133 Avenue of the Americas
Suite 1500
New York, New York 10036

(212) 316-9500
rkaplan@kaplanmartin.com

November 5, 2025

**VIA CM/ECF**

The Honorable Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl St., Room 1970
New York, New York 10007

Application GRANTED. The stay of this action is lifted, and the parties' proposed discovery deadlines as set forth herein are approved.

SO ORDERED.
Dated: November 6, 2025

*/s/ Stewart D. Aaron*

Re:   *Morrissey v. A&E Television Networks, LLC, et al.*, No. 24 Civ. 7856 (S.D.N.Y.)

Dear Judge Aaron:

    We write on behalf of Sabrina E. Morrissey, in her capacity as court-appointed guardian to W.W.H. (the "Guardian"), pursuant to your Order dated September 15, 2025 directing the parties to provide an update "regarding the status of proceedings in the Guardianship Court" by November 5, and stating that, "[a]t that time, Plaintiff may request a further extension of the stay." ECF 87 at 8.

    Since we last wrote to Your Honor on September 10, none of the various parties who indicated their intention to challenge the Guardianship or the terms and conditions of the Guardianship have done so. ECF 80; *see also* ECF 87 at 7 (describing parties that may seek to challenge the Guardianship). While we expect that such a challenge may be forthcoming, we are also mindful of the Court's admonition that it is "disinclined to have the stay continue for many months in the future" given the Court's obligation to ensure the "'just, speedy, and inexpensive determination' of this action." ECF 87 at 8 (quoting Fed. R. Civ. P. 1).

    Accordingly, the Guardian has conferred with Defendants, and the parties jointly request that the Court lift the stay in this case. The parties further request that the Court extend the existing

Hon. Stewart D. Aaron
November 5, 2025
Page 2 of 2

discovery deadlines as set forth below to account for the November and December holiday periods and an upcoming trial, in addition to other litigation obligations:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Deadline for Interrogatories | November 7, 2025 | December 5, 2025 |
| Deadline for Requests for Admission | December 8, 2025 | January 5, 2026 |
| Close of Fact Discovery | January 8, 2026 | March 30, 2026 |
| Close of Expert Discovery | May 5, 2026 | July 31, 2026 |

Respectfully submitted,

Roberta A. Kaplan

cc:     Counsel of Record (via ECF)