UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SABRINA E. MORRISSEY, *acting in her capacity as Guardian of W.W.H.*,

                Plaintiff,

v.

A&E TELEVISION NETWORKS, LLC; ENTERTAINMENT ONE REALITY PRODUCTIONS, LLC; LIFETIME ENTERTAINMENT SERVICES, LLC; CREATURE FILMS, INC.; and MARK FORD,

                Defendants.

No. 24-CV-7856 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff has requested oral argument on her motion to dismiss Defendants' counterclaims. Dkt. 47 (Mot. to Dismiss); Dkt. No. 62 (Letter Mot. for Oral Argument). Oral argument will be held on the motion to dismiss on January 28, 2026 at 3:00 p.m. at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. No. 62.

SO ORDERED.

Dated:    December 9, 2025
             New York, New York

                                      Ronnie Abrams
                                      United States District Judge