UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SABRINA E. MORRISSEY, *acting in her capacity as Guardian of W.W.H.*,

Plaintiff,

v.

A&E TELEVISION NETWORKS, LLC;
ENTERTAINMENT ONE REALITY
PRODUCTIONS, LLC; LIFETIME
ENTERTAINMENT SERVICES, LLC;
CREATURE FILMS, INC.; and MARK
FORD,

Defendants.

No. 24-CV-7856 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

The parties in the above captioned matter have requested an adjournment of the oral argument schedule for January 28, 2026. The argument is hereby adjourned to March 6, 2026 at 10:00 a.m. at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated:    January 16, 2026
          New York, New York

Ronnie Abrams
United States District Judge