UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA E. MORRISSEY, *acting in her capacity as Guardian of W.W.H.*,<br><br>       Plaintiff,<br><br>    v.<br><br>A&E TELEVISION NETWORKS, LLC; ENTERTAINMENT ONE REALITY PRODUCTIONS, LLC; LIFETIME ENTERTAINMENT SERVICES, LLC; CREATURE FILMS, INC.; and MARK FORD,<br><br>       Defendants. | No. 24-CV-7856 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  The oral argument scheduled for March 6, 2026 is hereby adjourned. The Clerk of Court is respectfully directed to stay this action pending further order from the Court.

SO ORDERED.

Dated: March 2, 2026
    New York, New York

                  Ronnie Abrams
                  United States District Judge