**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SABRINA E. MORRISSEY, *acting in her capacity as Guardian of W.W.H.*,<br><br>                    *Plaintiff*,<br><br>       -against-<br><br>A&E TELEVISION NETWORKS, LLC; ENTERTAINMENT ONE REALITY PRODUCTIONS, LLC; LIFETIME ENTERTAINMENT SERVICES, LLC; CREATURE FILMS, INC.; and MARK FORD,<br><br>                 *Defendants*. | Case No. 24 Civ. 7856 (RA) |

## <u>JOINT MOTION TO APPROVE SETTLEMENT</u>

PLEASE TAKE NOTICE that, upon the accompanying declarations of Roberta A. Kaplan and Sabrina E. Morrissey, each dated July 21, 2026, the exhibits thereto, and all other pleadings and proceedings in this action, Plaintiff Sabrina E. Morrissey, acting in her capacity as Guardian of W.W.H., and Defendants A&E Television Networks, LLC, Entertainment One Reality Productions, LLC, Lifetime Entertainment Services, LLC, Creature Films, Inc., and Mark Ford, by and through their undersigned counsel, jointly move this Court for an order pursuant to Local Rule 83.2(a) approving the proposed settlement of this action involving an incompetent party and granting such other and further relief as the Court may deem proper. A proposed order for the Court's consideration is appended hereto.

Dated: July 21, 2026

                                           KAPLAN MARTIN LLP
1133 Avenue of the Americas
Suite 1500
New York, New York 10036
Tel: (212) 316-9500

*/s/ Roberta A. Kaplan*
Roberta A. Kaplan
Timothy S. Martin
Ellen V. Holloman
Christopher R. Le Coney
Maximilian T. Crema
Tasha N. Thompson
rkaplan@kaplanmartin.com
tmartin@kaplanmartin.com
eholloman@kaplanmartin.com
cleconey@kaplanmartin.com
mcrema@kaplanmartin.com
tthompson@kaplanmartin.com

*Counsel for Plaintiff Sabrina E. Morrissey, acting in her capacity as court-appointed Guardian of W.W.H.*

DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, New York 10020-1104
Tel: (212) 489-8230

*/s/ Rachel Strom*
Rachel Strom
Abigail Everdell
Courtney DeThomas
Sydney Clarke
rachelstrom@dwt.com
abigaileverdell@dwt.com
courtneydethomas@dwt.com
sydneyclarke@dwt.com

*Counsel for Defendants A&E Television Networks, LLC, Entertainment One Reality Productions, LLC, Lifetime Entertainment Services, LLC, Creature Films, Inc., and Mark Ford*

2