**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SABRINA E. MORRISSEY, *acting in her capacity as Guardian of W.W.H.*,<br><br>        *Plaintiff*,<br><br>    -against-<br><br>A&E TELEVISION NETWORKS, LLC; ENTERTAINMENT ONE REALITY PRODUCTIONS, LLC; LIFETIME ENTERTAINMENT SERVICES, LLC; CREATURE FILMS, INC.; and MARK FORD,<br><br>        *Defendants*. | Case No. 24 Civ. 7856 (RA) |

**[PROPOSED] ORDER**

WHEREAS, Plaintiff Sabrina E. Morrissey, in her capacity as the Guardian of W.W.H., and Defendants A&E Television Networks, LLC, Entertainment One Reality Productions, LLC, Lifetime Entertainment Services, LLC, Creature Films, Inc., and Mark Ford, by and through their respective attorneys, have negotiated a settlement resolving this action;

AND upon the consideration of the Joint Motion to Approve Settlement, the declarations of Roberta A. Kaplan and Sabrina E. Morrissey, and the exhibits thereto;

The Court, having reviewed the proposed Settlement Agreement, finds as follows:

**IT IS HEREBY ORDERED** pursuant to Local Rule 83.2(a) that the proposed settlement of this matter is approved, including the Settlement Agreement, the proposed attorneys' fees and costs to be paid to Plaintiff's Counsel, and the proposed distribution of any settlement payment.

1

2

Dated: _____            **SO ORDERED**


_____

Hon. Ronnie Abrams
United States District Judge