**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SABRINA E. MORRISSEY, *acting in her capacity as Guardian of W.W.H.*,

                    *Plaintiff*,

        -against-

A&E TELEVISION NETWORKS, LLC;
ENTERTAINMENT ONE REALITY
PRODUCTIONS, LLC; LIFETIME
ENTERTAINMENT SERVICES, LLC;
CREATURE FILMS, INC.; and MARK FORD,

                   *Defendants*.

Case No. 24 Civ. 7856 (RA)

---

## CERTIFICATE OF SERVICE

I, Roberta A. Kaplan, hereby certify that on July 21, 2026, I caused copies of the joint motion letter to Judge Abrams requesting sealing, dated July 21, 2026; the Joint Motion to Approve Settlement, dated July 21, 2026; the accompanying declarations of Roberta A. Kaplan and Sabrina E. Morrissey, each dated July 21, 2026; the exhibits thereto; and the proposed order granting the Joint Motion to Approve Settlement to be served upon all counsel of record by e-mail.

Dated: July 21, 2026                         /s/ Roberta A. Kaplan
      New York, New York                 Roberta A. Kaplan