UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEN COSYNS, derivatively on behalf of
LUXURBAN HOTELS INC.,

               Plaintiffs,

       v.

BRIAN FERDINAND, SHANOOP KOTHARI,
DAVID BERG, JIMMIE CHATMON, AIMEE
NELSON, LEONARD TOBOROFF, and
JEFFREY WEBB,

               Defendants,

      and

LUXURBAN HOTELS INC.,

             Nominal Defendant.

25-CV-2524 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On April 23, 2025, the Court stayed this case at the parties' request. No later than August 20, 2026, the parties shall file a joint letter updating the Court on the status of this case.

SO ORDERED.

Dated:      August 7, 2026
            New York, New York

_____
Ronnie Abrams
United States District Judge