UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA E. MORRISSEY, *acting in her capacity as Guardian of W.W.H.*,<br><br>                Plaintiff,<br><br>        v.<br><br>A&E TELEVISION NETWORKS, LLC; ENTERTAINMENT ONE REALITY PRODUCTIONS, LLC; LIFETIME ENTERTAINMENT SERVICES, LLC; CREATURE FILMS, INC.; and MARK FORD,<br><br>                Defendants. | 24-CV-7856 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    August 7, 2026
           New York, New York

_____
Ronnie Abrams
United States District Judge