**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SABRINA E. MORRISSEY, *acting in her capacity as Guardian of W.W.H.*,

*Plaintiff*,

-against-

A&E TELEVISION NETWORKS, LLC; ENTERTAINMENT ONE REALITY PRODUCTIONS, LLC; LIFETIME ENTERTAINMENT SERVICES, LLC; CREATURE FILMS, INC.; and MARK FORD,

*Defendants*.

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) AND 41(c)**

Case No. 24 Civ. 7856 (RA)

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) AND 41(c)**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), by and among Plaintiff Sabrina E. Morrissey, in her capacity as the Guardian of W.W.H., and Defendants A&E Television Networks, LLC, Entertainment One Reality Productions, LLC, Lifetime Entertainment Services, LLC, Creature Films, Inc., and Mark Ford, through their respective undersigned counsel, that this action, including all claims and counterclaims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: August 27, 2026

KAPLAN MARTIN LLP
1133 Avenue of the Americas
Suite 1500
New York, New York 10036
Tel: (212) 316-9500

Roberta A. Kaplan
Timothy S. Martin
Ellen V. Holloman
Christopher R. Le Coney
Tasha N. Thompson
Maximilian T. Crema
rkaplan@kaplanmartin.com
tmartin@kaplanmartin.com
eholloman@kaplanmartin.com
cleconey@kaplanmartin.com
tthompson@kaplanmartin.com
mcrema@kaplanmartin.com

*Counsel for Plaintiff Sabrina E. Morrissey, acting in her capacity as court-appointed Guardian of W.W.H.*

DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, New York 10020-1104
Tel: (212) 489-8230

Abigail Everdell
Rachel Strom
Courtney DeThomas
Sydney Clarke
rachelstrom@dwt.com
abigaileverdell@dwt.com
courtneydethomas@dwt.com
sydneyclarke@dwt.com

*Counsel for Defendants A&E Television Networks, LLC, Entertainment One Reality Productions, LLC, Lifetime Entertainment Services, LLC, Creature Films, Inc., and Mark Ford*